ACCEPTED
12-15-00111-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/2/2015 12:09:57 PM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/2/2015 12:09:57 PM

CATHY S. LUSK
Clerk

June 2, 2015

Cassie Condrey
Official Court Reporter
114th Judicial District Court
2nd Floor, Smith County Courthouse
Tyler, Texas 75702

      RE:    *State of Texas v. Charlie Motes*
              Cause No. 114-1777-13

Dear Ms. Condrey:

Upon review of the reporter's record in the above referenced styled and numbered cause, it appears that there is a volume missing. Could you please let me know the status of Volume 5?

Thank you so much for your attention in this matter. I look forward to hearing from you soon.

Sincerely,

James W. Huggler, Jr.

JWH:ag

CC:   Cathy Lusk, Clerk
       12th Court of Appeals

       Mike West
       Assistant Criminal District Attorney
       Smith County, Texas

       Charlie Motes
       Defendant

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830